**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 23-2227**

———————

WASHINGTON WINDSOR, and his dependents,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:23-cv-00611-RDA-IDD)

———————

Submitted:  July 25, 2024                                      Decided:  July 29, 2024

———————

Before GREGORY, HARRIS, and QUATTLEBAUM, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Washington Windsor, Appellant Pro Se.  Robert Cooper Pickren, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Washington Windsor appeals the district court's order dismissing Windsor's complaint filed under the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671 to 2680, without prejudice for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Windsor v. United States*, No. 1:23-cv-00611-RDA-IDD (E.D. Va. Nov. 14, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*